**Order filed October 24, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00781-CR
_____

## AMBER ORLEAN WILLEMSEN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 149th District Court
Brazoria County, Texas
Trial Court Cause No. 79307-CR**

## ORDER

Appellant appeals her conviction for intoxication manslaughter. Appellant filed a notice of appeal on September 28, 2017. The record was due October 2, 2017. Appellant filed a statement of inability to pay costs in the trial court on May 25, 2017. No contest was filed to appellant's statement.

Accordingly, the official court reporter for the 149th District Court of Brazoria County is directed to file the reporter's record **within 30 days** of the date of this order.

PER CURIAM